FILED

MAR 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JULIANA EE,

          Plaintiff-Appellee,

  v.

WASHINGTON COUNTY, et al.,

          Defendants-Appellants.

No. 10-35305

D.C. No. 3:07-cv-01728-HA

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Argued and Submitted March 11, 2011
Portland, Oregon

Before: THOMAS and GRABER, Circuit Judges, and SELNA,[**] District Judge.

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

     [**]    The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.

Having considered the parties' briefs, the appellate record, and the arguments of counsel on March 11, 2011, the court affirms the denial of defendants' motion for summary judgment for the reasons stated in the district court's Opinion and Order.

AFFIRMED.

AFFIRMED.